NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# United States District Court
# Central District of California

| | |
|---|---|
| ALFREDO SANTIBANEZ, as an individual,<br><br>            Plaintiff<br><br>   v.<br>CITY OF LOS ANGELES; OFFICER DAVID BUNCH (#38552); and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case № 2:17-cv-04189-ODW (JCx)<br><br>**JUDGMENT** |

       This action came on regularly for trial on January 8, 2019, in Courtroom "5D" of the United States District Court, Central District of California, Central Division, the Honorable Otis D. Wright, II presiding. Plaintiff Alfredo Santibanez was represented by attorneys Jamon Hicks and Aja M. Mann. Defendant Officer David Bunch was represented by attorneys Colleen R. Smith and Cory M. Brente.

       A jury of 8 persons was impaneled and sworn on January 8, 2019. Witnesses were sworn and testified. On January 10, 2019, following the presentation of evidence and argument during a jury trial, the jury, in the above-entitled action, unanimously found in favor of Defendant as reflected in the special verdict form. (*See* Redacted Jury Verdict, ECF No. 89.)

By reason of dismissals, the rulings of the Court, and the special verdict, Defendant Officer David Bunch is entitled to judgment against Plaintiff Alfredo Santibanez.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff Alfredo Santibanez recover nothing by reason of each and all his claims as set forth in the Complaint against Defendant Officer David Bunch and that Defendant shall recover his costs in accordance with Local Rule 54.

Judgment is hereby entered in favor of Defendant on all claims. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 23, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**